922 A.2d 875

**William F. DENNEY, Respondent,**

v.

**COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 18, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **REVERSED,** pursuant to *Alexander v. PennDOT*, 583 Pa. 592, 880 A.2d 552 (2005), and *McGrory v. PennDOT*, 915 A.2d 1155 (Pa.2007). Jurisdiction relinquished.